IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OMAR HERNANDEZ CARRASQUILLO,

  Plaintiff,

    v.

CICA COLLECTION AGENCY, INC.,

  Defendants.

CIVIL NO. 21-1506 (CVR)

## JUDGMENT

Pursuant to the Court's Opinion and Order of this same date (Docket No. 37), the Court hereby ENTERS JUDGMENT, and DISMISSES WITH PREJUDICE all claims brought against Defendant CICA Collection Agency, Inc.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, on this 16th day of November, 2022.

                S/CAMILLE L. VELEZ-RIVE
                CAMILLE L. VELEZ RIVE
                UNITED STATES MAGISTRATE JUDGE